United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-18637-mdc
Kathleen Ann Alvarez                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin           Page 1 of 2          Date Rcvd: Apr 13, 2018
                             Form ID: 318           Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2018.
db          +Kathleen Ann Alvarez,    530 Main Street, Apt A,    Pennsburg, PA 18073-1524
14033930    +25th Street Easton Dental, P.C.,    2441 Nazareth Road,    Easton, PA 18045-2743
14033932    +Assoc Credit Services,   115 Flanders Rd Ste 140,    Westborough, MA 01581-1087
14033936   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:  Cbna,   50 Northwest Point Road,   Elk Grove Village, IL 60007)
14033944    +Lehigh Valley Trauma Center,    1200 S Cedar Crest Blvd,    Allentown, PA 18103-6248
14033952    +US Department of Education,    PO Box 87103,   Lincoln, NE 68501-7103
14033951     Upper Perkiomen Valley Ambulance,    44 S. Chestnu St. Fl2,    Boyertown, PA 19512-1509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           EDI: BTPDERSHAW.COM Apr 14 2018 05:43:00      TERRY P. DERSHAW,   Dershaw Law Offices,
             P.O. Box 556,   Warminster, PA  18974-0632
smg          E-mail/Text: bankruptcy@phila.gov Apr 14 2018 01:51:37     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 14 2018 01:51:30     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14033931    +EDI: AMEREXPR.COM Apr 14 2018 05:43:00      Amex,   Po Box 297871,
             Fort Lauderdale, FL 33329-7871
14033933     EDI: BANKAMER.COM Apr 14 2018 05:43:00      Bk Of Amer,   Po Box 982238,   El Paso, TX 79998
14033934     EDI: CAPITALONE.COM Apr 14 2018 05:43:00       Capital One,   15000 Capital One Dr,
             Richmond, VA 23238
14033935    +EDI: CAPITALONE.COM Apr 14 2018 05:43:00       Capital One,   Po Box 30253,
             Salt Lake City, UT 84130-0253
14033937    +EDI: CHASE.COM Apr 14 2018 05:43:00      Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
14033938    +EDI: CITICORP.COM Apr 14 2018 05:43:00      Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
14033939    +EDI: WFNNB.COM Apr 14 2018 05:43:00      Comenity Bank/pier 1,   Po Box 182789,
             Columbus, OH 43218-2789
14033940    +EDI: WFNNB.COM Apr 14 2018 05:43:00      Comenitybank/wayfair,   Po Box 182789,
             Columbus, OH 43218-2789
14033941    +EDI: WFNNB.COM Apr 14 2018 05:43:00      Comenitybk/bonton,   Po Box 182789,
             Columbus, OH 43218-2789
14033942    +EDI: RCSFNBMARIN.COM Apr 14 2018 05:43:00       Credit One Bank Na,   Po Box 98875,
             Las Vegas, NV 89193-8875
14033943    +EDI: IRS.COM Apr 14 2018 05:43:00      Internal Revenue Service,   600 Arch Street, RM 5200,
             Philadelphia, PA 19106-1611
14033945    +EDI: MERRICKBANK.COM Apr 14 2018 05:43:00       Merrick Bank Corp,   Pob 9201,
             Old Bethpage, NY 11804-9001
14033946    +EDI: NAVIENTFKASMSSERV.COM Apr 14 2018 05:43:00       Navient,   Po Box 9500,
             Wilkes Barre, PA 18773-9500
14033947    +EDI: AGFINANCE.COM Apr 14 2018 05:43:00      Onemain,   Po Box 1010,   Evansville, IN 47706-1010
14034905    +EDI: PRA.COM Apr 14 2018 05:43:00      PRA Receivables Management, LLC,    Po Box 41021,
             Norfolk, VA 23541-1021
14033948     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 14 2018 01:51:08
             Pennsylvania Department of Revenue,    Bankruptcy Division,   PO Box 280946,
             Harrisburg, PA 17128-0946
14033949    +EDI: RMSC.COM Apr 14 2018 05:43:00      Syncb/care Credit,   C/o Po Box 965036,
             Orlando, FL 32896-0001
14037037     EDI: BL-TOYOTA.COM Apr 14 2018 05:43:00      Toyota Motor Credit Corporation,
             c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
14033950    +EDI: TFSR.COM Apr 14 2018 05:43:00      Toyota Motor Credit Corporation,   PO Box 9786,
             Cedar Rapids, IA 52409-0004
                                                                              TOTAL: 22

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
14036232*   +Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
             Harrisburg, PA 17128-0946
                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Apr 13, 2018
                              Form ID: 318             Total Noticed: 29
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2018 at the address(es) listed below:
          JOSEPH L QUINN    on behalf of Debtor Kathleen Ann Alvarez CourtNotices@sjr-law.com
          KEVIN G. MCDONALD   on behalf of Creditor   Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          TERRY P. DERSHAW    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                            TOTAL: 4
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Kathleen Ann Alvarez** | Social Security number or ITIN  **xxx–xx–3748** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:  **17–18637–mdc**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kathleen Ann Alvarez

4/12/18

**By the court:**  Magdeline D. Coleman
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318          **Order of Discharge**          page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**